SEALED

FILED

DEC 03 2008

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

1  McGREGOR W. SCOTT
   United States Attorney
2  STANLEY A. BOONE
   SHEILA K. OBERTO
3  Assistant U.S. Attorneys
   4401 Federal Building
4  2500 Tulare Street
   Fresno, California 93721
5  Telephone: (559) 497-4000

6       IN THE UNITED STATES DISTRICT COURT FOR THE

7                EASTERN DISTRICT OF CALIFORNIA

| IN THE MATTER OF THE SEARCHES OF: | S.W. NO. 1:08SW00297 SMS <br> **UNDER SEAL** |
|---|---|
| 4009 CALISTOGA COURT, MODESTO, CALIFORNIA 95356 | ORDER SEALING SEARCH WARRANT AFFIDAVIT |
| 4116 ACCLAIM COURT, MODESTO, CALIFORNIA 95356 | 1:08 SW 00296 SMS |
| 725 MCHENRY AVENUE MODESTO, CALIFORNIA 95350 | 1:08 SW 00295 SMS |
| 727 MCHENRY AVENUE, MODESTO, CALIFORNIA 95350 | 1:08 SW 00293 SMS |
| 801 MCHENRY AVENUE MODESTO, CALIFORNIA 95350 | 1:08 SW 00291 SMS |
| 4539 N. BRAWLEY AVENUE, SUITE 102 & 103, FRESNO, CALIFORNIA 93722 | 1:08 SW 00290 SMS |
| 1343 LUKE DRIVE, MERCED, CALIFORNIA 95340 | 1:08 SW 00294 SMS |
| 1566 & 1590 W. 16TH STREET, MERCED, CALIFORNIA 95340 | 1:08 SW 00292 SMS |

The United States of America, having applied to this Court, for an Order permitting it to file the search warrant and applicants and affidavits in the above-entitled proceedings, together with its Application to Seal, Memorandum of Points and Authorities and the accompanying Declaration of Stanley A. Boone, under seal, and good cause appearing therefor,

1

1  IT IS HEREBY ORDERED that the search warrant affidavit in
2  the above-entitled proceeding, together with the Application To
3  Seal of the United States Attorney and the accompanying
4  Memorandum of Points and Authorities and Declaration of Stanley
5  A. Boone, shall be filed with the Court in camera, under seal
6  and shall not be disclosed pending further order of this court.

7
8
9  DATED: 12/2/08
10                                  SANDRA M. SNYDER
                                    U.S. Magistrate Judge

1