```
1  McGREGOR W. SCOTT
   United States Attorney
2  STANLEY A. BOONE
   Assistant U.S. Attorney
3  4401 Federal Building
   2500 Tulare Street
4  Fresno, California 93721
   Telephone: (559) 497-4000
5
```

**FILED**

**DEC 17 2008**

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
         DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>v.<br><br>4539 N. BRAWLEY AVE., SUITE 102 & 103, FRESNO, CALIFORNIA 93722<br><br>801 MCHENRY AVENUE, MODESTO, CALIFORNIA 95350<br><br>1566 & 1590 W. 16TH STREET, MERCED, CALIFORNIA 95340<br><br>727 MCHENRY AVENUE, MODESTO, CALIFORNIA 95350<br><br>1343 LUKE DRIVE, MERCED, CALIFORNIA 95340<br><br>725 MCHENRY AVENUE, MODESTO, CALIFORNIA 95350<br><br>4116 ACCLAIM COURT, MODESTO, CALIFORNIA 95356<br><br>4009 CALISTOGA COURT, MODESTO, CALIFORNIA 95356<br><br>        Defendants. | Case No:  1:08 SW 00290 SMS<br>            1:08 SW 00291 SMS<br>            1:08 SW 00292 SMS<br>            1:08 SW 00293 SMS<br>            1:08 SW 00294 SMS<br>            1:08 SW 00295 SMS<br>            1:08 SW 00296 SMS<br>            1:08 SW 00297 SMS<br><br>ORDER UNSEALING SEARCH WARRANTS |

The Search Warrants, having been sealed by Order of this Court pursuant, and it appearing that it no longer need remain secret,

1 | IT IS HEREBY ORDERED that the Search Warrants be unsealed and
2 | made public record.

DATED: 12/17/08

_____
United States Magistrate Judge